## Exhibit 1

From: **Michael Pike** Pike@turnpikelaw.com
Subject: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor
Date: July 23, 2014 at 12:53 AM
To: Hilary Chulock (hchulock@icloud.com)  hchulock@icloud.com,  **Michael Pike**  Pike@turnpikelaw.com

Court:   Southern District of Florida
Case Number:   9:14-cv-80941-WPD
Party Names:   Chulock v. Steinger, Iscoe & Greene, P.A. et al
Title of Document(s):   Rule 11 Letter, Rule 11 Motion for Sanctions and Exhibits "A-D"

**Per judicial rule of administrative procedure 2.516, this will be the only service upon you of this document by email. However, You will receive a paper copy as well by Certified Mail.

## Hilary:

## Attached please find SIG and SIGM's Rule 11 Letter, Rule 11 Motion and Exhibits "A-D" attached to the Motion.

**Michael J. Pike - Attorney at Law**
2465 Mercer Avenue, Suite 204
West Palm Beach, Florida 33401
Phone:        (561) 855-7585 - Main
              (561) 855-7597 -Direct
              (855) TRN-PIKE - Toll-Free
Fax:          (561) 855-7710



# PIKE & LUSTIG, LLP
### ── TURNPIKE LAW ──

www.turnpikelaw.com

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or

entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

     



Rule 11 Letter Chulock.pdf   Rule 11 Motion Chulock.pdf   Amended Stat. of Claim Ex. A.pdf   Chulock employment agreement Ex. B.pdf   Mandatory Arb Agreement Ex. C.pdf

From: **Michael Pike** Pike@turnpikelaw.com  📎
Subject: FW: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor
Date: July 23, 2014 at 1:20 AM
To: Hilary Chulock (hchulock@icloud.com) hchulock@icloud.com
Cc: Michael Pike Pike@turnpikelaw.com

-
Second Email Service

**From:** Michael Pike
**Sent:** July 23, 2014 12:57 AM
**To:** Michael Steinger (msteinger@injurylawyers.com); giscoe@injurylawyers.com; William J. McAfee (WMcAfee@injurylawyers.com)
**Subject:** FW: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor

Please find attached Rule 11 letter, Rule 11 Motion served by not filed and Exhibits "A-D." Please also see email to Chulock below. This was served tonight to commence the 21 days. The Rule 11 Motion is a great read.

**Michael J. Pike - Attorney at Law**
2465 Mercer Avenue, Suite 204
West Palm Beach, Florida 33401
Phone:      (561) 855-7585 - Main
            (561) 855-7597 -Direct
            (855) TRN-PIKE - Toll-Free
Fax:        (561) 855-7710



PIKE & LUSTIG, LLP
—— TURNPIKE LAW· ——
www.turnpikelaw.com

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail

From: **Hilary Chulock**  hchulock@icloud.com
Subject: Re: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor
Date: July 23, 2014 at 10:16 AM
To: Michael Pike  Pike@turnpikelaw.com

Your contention constitutes just another defamation of me, and you are doing so knowingly.  I will request that all communications between myself, Mr. Buckstein and Mr. Schwarzberg be reviewed in Camera. I have nothing to hide.

From: **Michael Pike**  Pike@turnpikelaw.com
Subject: Re: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor
Date: July 23, 2014 at 10:21 AM
To: Hilary Chulock  hchulock@icloud.com
Cc: Michael Pike  Pike@turnpikelaw.com

Ms. Chulock:

The motion will be filed with the court in 21 days.  You have that time to research and learn your federal action is legally insufficient.  I encourage you to review that law and withdraw and dismiss the action.  I do not make the laws.  I do not write the opinions.

On Jul 23, 2014, at 10:16 AM, "Hilary Chulock" <hchulock@icloud.com> wrote:

Your contention constitutes just another defamation of me, and you are doing so knowingly.  I will request that all communications between myself, Mr. Buckstein and Mr. Schwarzberg be reviewed in Camera.  I have nothing to hide.

On Jul 23, 2014, at 1:20 AM, Michael Pike <Pike@turnpikelaw.com> wrote:

Second Email Service

**From:** Michael Pike
**Sent:** July 23, 2014 12:57 AM
**To:** Michael Steinger (msteinger@injurylawyers.com); giscoe@injurylawyers.com; William J. McAfee (WMcAfee@injurylawyers.com)
**Subject:** FW: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor

Please find attached Rule 11 letter, Rule 11 Motion served by not filed and Exhibits "A-D." Please also see email to Chulock below. This was served tonight to commence the 21 days.  The Rule 11 Motion is a great read.

**Michael J. Pike** - Attorney at Law
2465 Mercer Avenue, Suite 204
West Palm Beach, Florida 33401
Phone:       (561) 855-7585 - Main
             (561) 855-7597 -Direct
             (855) TRN-PIKE - Toll-Free
Fax:         (561) 855-7710
<image003.jpg>
www.turnpikelaw.com

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of

From: **Hilary Chulock**  hchulock@icloud.com
Subject: Re: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor
Date: July 23, 2014 at 10:59 AM
To: Michael Pike  Pike@turnpikelaw.com

I believe that you are attempting to use the threat of defamation to prevent the reporting of a federal crime.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

From: **Michael Pike**  Pike@turnpikelaw.com
Subject: Re: SERVICE OF COURT DOCUMENT - 9:14-cv-80941-WPD - But Not Filed with Court for 21 days Safe Harbor
Date: July 23, 2014 at 10:21 AM
To: Hilary Chulock  hchulock@icloud.com
Cc: Michael Pike  Pike@turnpikelaw.com

Ms. Chulock:

The motion will be filed with the court in 21 days.  You have that time to research and learn your federal action is legally insufficient.  I encourage you to review that law and withdraw and dismiss the action.  I do not make the laws.  I do not write the opinions.

**<u>Exhibit 2</u>**

From: **Hilary Chulock**  hchulock@icloud.com
Subject: Joint Scheduling Report
Date: August 15, 2014 at 11:03 AM
To: Michael Pike  Pike@turnpikelaw.com
Cc: daniel@turnpikelaw.com

Pursuant to Order Requiring Counsel to meet,etc. Document # 12, I am contacting you for the sole purpose of scheduling a conference at our mutual convenience in preparing the joint scheduling report.
Please let me know your available times by the end of the day Monday, August 18, 2014.


Hilary N. Chulock, Esq.
The People's Law Firm, PLLC
935 N.E. 125th ST
North Miami, FL 33161
hchulock@icloud.com
ph:  (305)862-0456
fax: (305)862-0457

## Confidential Notice

The information contained in this electronic communication may be attorney-client privileged, attorney work product, or otherwise confidential information.    If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.    If you have received this communication in error, please immediately notify the sender by telephone, permanently delete this communication and either destroy or return any printed copies of this communication to the sender.  Thank you for your cooperation.

are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.    If you have received this communication in error, please immediately notify the sender by telephone, permanently delete this communication and either destroy or return any printed copies of this communication to the sender.  Thank you for your cooperation.

On Aug 18, 2014, at 12:50 PM, Michelle Delong <michelle@turnpikelaw.com> wrote:

Ms. Chulock:

The following dates and times are available to schedule the Joint Scheduling Report regarding this matter.  Please respond at your earliest convenience whether your schedule permits.

Tuesday, August 19th at 4:00PM

Or

Wednesday, August 20th at 2:00PM or later

Best Regards,

**Michelle N. DeLong – Law Clerk**
2465 Mercer Avenue, Suite 204
West Palm Beach, Florida 33401
Phone:      (561) 855-7585 - Main
                 (855) TRN-PIKE - Toll-Free
Fax:         (561) 855-7710
<image001.jpg>
www.turnpikelaw.com

-
CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the

From: **Michelle Delong**  michelle@turnpikelaw.com
Subject: RE: Joint Scheduling Report_Regarding: Steinger, Iscoe & Greene, PA v. Chulock, Hilary
Date: August 18, 2014 at 2:29 PM
To: Hilary Chulock  hchulock@icloud.com
Cc: Michael Pike  Pike@turnpikelaw.com, Christie Domb  christie@turnpikelaw.com, Shavonne Pierre  spierre@turnpikelaw.com

Good afternoon Ms. Chulock:

Mike will still be in deposition tomorrow at 3pm.

I understand you are traveling this week, but is there any way you can call in on Wednesday, August 20th after 2pm or Friday, August 22nd after 2pm?  If not, we can schedule for early next week, either Monday, August 25th at 10am or 11am, or Tuesday, August 26th after 2pm.  Please respond at your earliest convenience whether your schedule permits.

Thank you,

Michelle DeLong

---

**From:** Hilary Chulock [mailto:hchulock@icloud.com]
**Sent:** Monday, August 18, 2014 1:50 PM
**To:** Michelle Delong
**Cc:** Michael Pike
**Subject:** Re: Joint Scheduling Report_Regarding: Steinger, Iscoe & Greene, PA v. Chulock, Hilary

Thank you for your email, Michelle.

I am in Stuart on Wednesday, WPB on Thursday and Tallahassee on Friday.  I am tied up at 4:15pm with another client tomorrow.
I can, however, make myself available at 3pm.

Hilary N. Chulock, Esq.
The People's Law Firm, PLLC
935 N.E. 125th ST
North Miami, FL 33161
hchulock@icloud.com
ph:  (305)862-0456
fax: (305)862-0457

<u>Confidential Notice</u>

The information contained in this electronic communication may be attorney-client privileged, attorney work product, or otherwise confidential information.   If you have accidentally received this communication, you

<u>the sender immediately (by return e-mail or at the phone number
above) and delete the e-mail from your computer. Please do
not copy or use it for any purpose, do not disseminate it further, and
destroy all copies of the original message.</u>

**From:** Hilary Chulock [mailto:hchulock@icloud.com]
**Sent:** August 18, 2014 4:36 PM
**To:** Michelle Delong
**Cc:** Michael Pike
**Subject:** Re: Joint Scheduling Report_Regarding: Steinger, Iscoe & Greene, PA v. Chulock, Hilary

Please give me the name and contact information for the law firm's malpractice
insurance carrier, and SIG and SIGM's carrier as well.

On Aug 18, 2014, at 01:34 PM, "Hilary Chulock" <hchulock@icloud.com> wrote:

> I will be available next week.  You may contact me Monday for my
> schedule.
>
> On Aug 18, 2014, at 11:29 AM, Michelle Delong
> <michelle@turnpikelaw.com> wrote:
>
>> Good afternoon Ms. Chulock:
>>
>> Mike will still be in deposition tomorrow at 3pm.
>>
>> I understand you are traveling this week, but is there any
>> way you can call in on Wednesday, August 20th after 2pm or
>> Friday, August 22nd after 2pm?  If not, we can schedule for
>> early next week, either Monday, August 25th at 10am or
>> 11am, or Tuesday, August 26th after 2pm.  Please respond at
>> your earliest convenience whether your schedule permits.
>>
>> Thank you,
>>
>> Michelle DeLong
>>
>> **From:** Hilary Chulock [mailto:hchulock@icloud.com]
>> **Sent:** Monday, August 18, 2014 1:50 PM
>> **To:** Michelle Delong
>> **Cc:** Michael Pike
>> **Subject:** Re: Joint Scheduling Report_Regarding: Steinger, Iscoe &
>> Greene, PA v. Chulock, Hilary
>>
>> Thank you for your email, Michelle.

legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

---

**From:** Hilary Chulock [mailto:hchulock@icloud.com]
**Sent:** August 18, 2014 5:42 PM
**To:** Michael Pike
**Cc:** Michelle Delong; Daniel Lustig
**Subject:** Re: Joint Scheduling Report_Regarding: Steinger, Iscoe & Greene, PA v. Chulock, Hilary

I'll let my counsel decide what he needs. I am meeting with two firms this week. I believe one already has SIG's information. I do not know what he will require of you.

On Aug 18, 2014, at 02:18 PM, Michael Pike <Pike@turnpikelaw.com> wrote:

Ms. Chulock:

You are not entitled to discovery until the appropriate channels have been completed by you, the Plaintiff, as required by the court. On an aside, I am not sure what you are asking for as to the law firm's malpractice and insurance. Are you asking for the Defendants' malpractice policies and the general liability insurance policies?

**Michael J. Pike -** Attorney at Law

2465 Mercer Avenue, Suite 204

West Palm Beach, Florida 33401

Phone:      (561) 855-7585 - Main

(561) 855-7597 -Direct

(855) TRN-PIKE - Toll-Free

Fax:        (561) 855-7710

<image002.jpg>

www.turnpikelaw.com

**To:** Michael Pike
**Cc:** Michelle Delong; Daniel Lustig
**Subject:** Re: Joint Scheduling Report_Regarding: Steinger, Iscoe & Greene, PA v. Chulock, Hilary

I'll let my counsel decide what he needs.  I am meeting with two firms this week. I believe one already has SIG's information. I do not know what he will require of you.

On Aug 18, 2014, at 02:18 PM, Michael Pike <Pike@turnpikelaw.com> wrote:

> Ms. Chulock:
>
> You are not entitled to discovery until the appropriate channels have been completed by you, the Plaintiff, as required by the court. On an aside, I am not sure what you are asking for as to the law firm's malpractice and insurance.  Are you asking for the Defendants' malpractice policies and the general liability insurance policies?
>
> **Michael J. Pike - Attorney at Law**
> 2465 Mercer Avenue, Suite 204
> West Palm Beach, Florida 33401
> Phone:      (561) 855-7585 - Main
>               (561) 855-7597 -Direct
>               (855) TRN-PIKE - Toll-Free
> Fax:        (561) 855-7710



> # PIKE & LUSTIG, LLP
> ### TURNPIKE LAW
>
> www.turnpikelaw.com
>
> CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify

From:      **Michael Pike**  Pike@turnpikelaw.com  📎
Subject:   RE: Joint Scheduling Report_Regarding: Steinger, Iscoe & Greene, PA v. Chulock, Hilary
Date:      August 18, 2014 at 5:59 PM
To:        Hilary Chulock  hchulock@icloud.com
Cc:        Michelle Delong  michelle@turnpikelaw.com,  Daniel Lustig  Daniel@turnpikelaw.com

Good luck with obtaining counsel.  Also, if you are thinking of suing my firm, you should do your
research first.  Otherwise, you will be looking at yet another judgment against you.  It appears you are
reaching and establishing patterns of suing law firms for meritless reasons in an effort to gain money,
including the law firm defending its clients.  Does not seem logical.  Again, good luck.

**Michael J. Pike - Attorney at Law**
2465 Mercer Avenue, Suite 204
West Palm Beach, Florida 33401
Phone:      (561) 855-7585 - Main
            (561) 855-7597 -Direct
            (855) TRN-PIKE - Toll-Free
Fax:        (561) 855-7710



# PIKE & LUSTIG, LLP
## ———— TURNPIKE LAW ————
www.turnpikelaw.com

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly
confidential and may contain privileged material, including but not limited to
information protected by the work product and attorney/client privileges.
Furthermore, this e-mail is covered by the Electronic Communications Privacy
Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The
information contained in this e-mail is intended only for use of the individual or
entity to whom it is addressed. If the reader of this message is not the intended
recipient, you are hereby notified that any dissemination, distribution, or
copying of this communication is strictly prohibited. If you received this e-mail
in error, please notify the sender immediately (by return e-mail or at the
phone number above) and delete the e-mail from your computer. Please do
not copy or use it for any purpose, do not disseminate it further, and destroy
all copies of the original message.

**From:** Hilary Chulock [mailto:hchulock@icloud.com]
**Sent:** August 18, 2014 5:42 PM

**Exhibit 3**

From: **Hilary Chulock**  hchulock@icloud.com
Subject: Request for Extension of Time
Date: August 22, 2014 at 3:44 PM
To: Michael Pike  Pike@turnpikelaw.com
Cc: daniel@turnpikelaw.com
Bcc: Hilary Chulock  hchulock@hotmail.com, hchulock@icloud.com

I am hereby requesting an extension of time to respond to your Motion to Compel Arbitration/ Motion to Dismiss.


Hilary N. Chulock, Esq.
The People's Law Firm, PLLC
935 N.E. 125th ST
North Miami, FL 33161
hchulock@icloud.com
ph: (305)862-0456
fax: (305)862-0457


<u>Confidential Notice</u>


The information contained in this electronic communication may be attorney-client privileged, attorney work product, or otherwise confidential information.    If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.    If you have received this communication in error, please immediately notify the sender by telephone, permanently delete this communication and either destroy or return any printed copies of this communication to the sender.  Thank you for your cooperation.

From: **Hilary Chulock** hchulock@icloud.com
Subject: Proposed Joint Scheduling Report
Date: September 3, 2014 at 6:04 PM
To: Michael Pike Pike@turnpikelaw.com, daniel@turnpikelaw.com

Please find attached our proposed joint scheduling report as discussed in our conference. If you have any changes, please get them to me no later than 3PM on Thursday 9/4. Otherwise, I will assume that you do not have any changes.



PDF.Proposed
Scheduling… copy 2.pdf
Hilary N. Chulock, Esq.
The People's Law Firm, PLLC
935 N.E. 125th ST
North Miami, FL 33161
hchulock@icloud.com
ph: (305)862-0456
fax: (305)862-0457

<u>Confidential Notice</u>

The information contained in this electronic communication may be attorney-client privileged, attorney work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone, permanently delete this communication and either destroy or return any printed copies of this communication to the sender. Thank you for your cooperation.

3:09 pm

Good afternoon Ms. Chulock:

I hope you are doing well. Mike has asked me to follow up with you regarding the Joint Scheduling
Report. It is due to the Judge on September 9th and Mike would like to have the opportunity to review it
before you submit.

Thank you,

**Michelle N. DeLong — Law Clerk**
2465 Mercer Avenue, Suite 204
West Palm Beach, Florida 33401
Phone:    (561) 855-7585 - Main
             (855) TRN-PIKE - Toll-Free
Fax:       (561) 855-7710



# PIKE & LUSTIG, LLP
──── TURNPIKE LAW· ────

www.turnpikelaw.com

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly
confidential and may contain privileged material, including but not limited to
information protected by the work product and attorney/client privileges.
Furthermore, this e-mail is covered by the Electronic Communications Privacy
Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The
information contained in this e-mail is intended only for use of the individual or
entity to whom it is addressed. If the reader of this message is not the intended
recipient, you are hereby notified that any dissemination, distribution, or
copying of this communication is strictly prohibited. If you received this e-mail
in error, please notify the sender immediately (by return e-mail or at the
phone number above) and delete the e-mail from your computer. Please do
not copy or use it for any purpose, do not disseminate it further, and destroy
all copies of the original message.

From: **Hilary Chulock**  hchulock@icloud.com  
Subject: Re: Joint Scheduling Report Status
Date: September 4, 2014 at 3:15 PM
To: Michelle Delong  michelle@turnpikelaw.com
Cc: Michael Pike  Pike@turnpikelaw.com,  daniel@turnpikelaw.com

---

That's incorrect. I sent it yesterday. It is due tomorrow. Here is a final draft.  I will be submitting it to the court by 10AM. If you have any

substantive changes, please make them yourself. Otherwise I will be submitting it with a Notice of noncompliance   PDF.Final Draft

.Scheduling Report

Hilary N. Chulock, Esq.
The People's Law Firm, PLLC
935 N.E. 125th ST
North Miami, FL 33161
hchulock@icloud.com
ph:  (305)862-0456
fax: (305)862-0457

## Confidential Notice

The information contained in this electronic communication may be attorney-client privileged, attorney work product, or otherwise confidential information.     If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.     If you have received this communication in error, please immediately notify the sender by telephone, permanently delete this communication and either destroy or return any printed copies of this communication to the sender.  Thank you for your cooperation.

**Exhibit 4**

# PIKE & LUSTIG, LLP

### ——— TURNPIKE LAW ———

PERSONAL INJURY LITIGATION, BUSINESS LITIGATION, INSURANCE LITIGATION

MICHAEL J. PIKE, P.A.
DANIEL LUSTIG, P.A.
SHANNON DARSCH, ESQ.

CHRISTIE DOMB
OPERATIONS MANAGER

SHAVONNE PIERRE
PARALEGAL

August 19, 2014

**VIA EMAIL: HCHULOCK@ICLOUD.COM,**
Hilary N. Chulock, Esquire
The People's Law Firm, PLLC
935 NE 125th Street
North Miami, FL 33461

**Re:  Chulock v. Steinger, Iscoe & Greene, P.A. ("SIG") and Steinger, Iscoe, Greene and McAfee, P.A. ("SIGM"), Amended Complaint**

Dear Ms. Chulock:

You have once again violated the Federal Rules of discovery. If you look at the Order and Rule 26, you do not have a right to serve discovery until a Scheduling Order is entered.

No such Scheduling Order has been entered.  The Judge has already warned you to follow the rules. You have failed to do so.  However, you withdrew your discovery.  Please read the rules.

Sincerely,

Michael J. Pike
MJP/cmd

2465 MERCER AVENUE • SUITE 204
WEST PALM BEACH, FL 33401

PHONE: (561) 855-7585
FAX: (561) 855-7710
MAIL@TURNPIKELAW.COM

PIKE & LUSTIG DBA TURNPIKE LAW