UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80941-CIV-DIMITROULEAS/SNOW

HILARY CHULOCK

    Plaintiff,

vs.

STEINGER, ISCOE & GREENE, P.A.
and STEINGER, ISCOE, GREENE &
McAFEE, P.A.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Statue Report (the "Report") [DE 47], filed herein on November 3, 2014. The Court has carefully considered the Report and is otherwise fully advised in the premises.

In her Report, Plaintiff requests that the court provide clarification as to whether she may take a number of legal actions, including filing a notice of appeal and reconsideration. *See* [DE 47]. However, it is not within the purview of the Court to provide legal advice to parties. Furthermore, Plaintiff's requests are buried within her Status Report, and not properly brought before the Court as motions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's filing is accepted as the Status Report required by the Court [DE 45]; and

2.     Plaintiff's request for clarification is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 4th day of November 2014.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record