IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. : 9:14-cv-80941-WPD
(DIMITROULEAS/SNOW)

HILARY N. CHULOCK, ESQUIRE,

    Plaintiff,

v.

STEINGER, ISCOE & GREEN, P.A., a Florida
Professional Association
STEINGER, ISCOE, GREENE & McAFEE, P.A,
a Florida Professional Association,

    Defendants.
_____/

### STIPULATION OF DISMISSAL, WITH PREJUDICE

COMES NOW, the Plaintiff, Hilary Chulock ("Chulock"), and Defendants, Steinger, Iscoe & Greene, P.A. ("SIG") and Steinger, Iscoe, Greene & McAfee, P.A. ("SIGM"), by and through their undersigned attorneys, and pursuant to Florida Rule of Civil Procedure 1.420 and/or Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby file this Stipulation of Dismissal, with prejudice. Each party stipulates that each of them will bear their own fees and costs. A proposed order of dismissal is attached hereto as Exhibit "A". This stipulation is agreed to by Chulock, SIG, and SIGM by:

_/s/ H N Chk_  
Hilary Chulock, Esq.  
Florida Bar No.: 672602  
Pro Se Plaintiff

_/s/ M DeLong_  
Michael J. Pike, Esq.  
Florida Bar No.: 617296  
Michelle Nichols DeLong, Esq.  
Florida Bar No.: 111452  
Attorneys for: Defendants  
SIG and SIGM

## Certificate Of Service

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court using CM/ECF and that the documents will be served electronically via CM/ECF to the parties listed on the Service List attached on this 12th day of November, 2014.

        Pike & Lustig, LLP
        ---------TURNPIKE LAW ®----------
        /s/ Michael J. Pike

        Michael J. Pike
        Florida Bar No.: 617296
        pike@turnpikelaw.com
        Daniel Lustig
        Florida Bar No.: 059225
        daniel@turnpikelaw.com
        Michelle Nichols DeLong
        Florida Bar No.: 111452
        michelle@turnpikelaw.com

        2465 Mercer Avenue, Suite 204
        West Palm Beach, FL 33401
        Telephone: (561) 855-7585
        Facsimile:  (561) 855-7710
        pleadings@turnpikelaw.com

## SERVICE LIST

Hilary N. Chulock, Esquire
The People's Law Firm, PLLC
Fla. Bar No.: 672602
935 NE 125th Street
North Miami, FL 33461
Telephone: 305-332-1064
Facsimile: 305-382-0457
E-mail: hchulock@icloud.com