IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. :  9:14-cv-80941-WPD
(DIMITROULEAS/SNOW)

HILARY N. CHULOCK, ESQUIRE,

    Plaintiff,

v.

STEINGER, ISCOE & GREEN, P.A., a Florida
Professional Association
STEINGER, ISCOE, GREENE & McAFEE, P.A,
a Florida Professional Association,

    Defendants.
_____/

## ORDER APPROVING DISMISSAL, WITH PREJUDICE

THIS CAUSE came before the Court on Claimant, Hilary Chulock's ("Chulock"), and Respondents, Steinger, Iscoe & Greene, P.A.'s ("SIG") and Steinger, Iscoe, Greene & McAfee, P.A.'s ("SIGM"), Stipulation of Dismissal, with Prejudice [DE 50] (the "Stipulation"), and the Court being fully advised in the premises, it is hereby:

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 50] is hereby **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,  this 14th day of November 2014.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record